# Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

September 4, 2020

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re:   *Charter Communications, Inc. v. Garfin*, Case No. 20-7049 (KPF);
      *Garfin* v. *Charter Communications, Inc., et al.*, Case No. 20-7050 (KPF)

Your Honor:

We represent Charter Communications, Inc. ("Charter") in the above-referenced matters. We write pursuant to Your Honor's Individual Rule of Practice 2(D) to request an adjournment of the Initial Pretrial Conference scheduled for September 10, 2020, because counsel for Charter will be taking previously-scheduled depositions on that date. Charter has not requested any previous adjournments or extensions in these matters. Counsel for Karin Garfin consents to Charter's request. The parties are both available on September 11, 2020 between 9:00-10:00 am EST and 1:00-5:00 pm; or any time on September 14, 2020. Counsel for Charter also requests that it be granted leave to participate either telephonically or by videoconference, because counsel will not be within the State of New York due to personal commitments. Counsel for Karin Garfin also consents to Charter's request to appear telephonically or by videoconference.

The parties also jointly request that the Court stay the requirements set forth in the Notice of Initial Pretrial Conference (No. 20-7049 Dkt. No. 14; Dkt. No. 20-7050 No. 11), including submission of the proposed scheduling order and joint letter, pending discussions at the Initial Pretrial Conference.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

*/s/ Melissa C. Rodriguez*
 Melissa C. Rodriguez
*Counsel for Charter Communications, Inc.*

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060             T +1.212.309.6000
United States                        F +1.212.309.6001

The Honorable Katherine Polk Failla
September 4, 2020
Page 2

cc: All Counsel of Record (via ECF)

Application GRANTED. The initial pretrial conference currently scheduled for September 10, 2020, is hereby ADJOURNED to September 11, 2020, at 2:00 p.m. Moreover, the Court ORDERS that the conference take place telephonically. At 2:00 p.m. the parties will dial (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 2:00 p.m. The Court STAYS the requirement for the parties to submit a joint letter and proposed Case Management Plan prior to the conference. However, the Court will wait until the conference to discuss the briefing schedule for Petitioner's petition to compel arbitration.

The Clerk of Court is directed to docket this Order in both No. 20 Civ. 7049 (KPF) and 20 Civ. 7050 (KPF).

Dated:  September 4, 2020         SO ORDERED.
        New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE