UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARIN GARFIN,<br><br>                     Plaintiff,<br><br>             -v.-<br><br>CHARTER COMMUNICATIONS, INC.;<br>KEVIN DUGAN; AUDREY GRUBER;<br>and JOI DE LEON.<br><br>                     Defendants. | 20 Civ. 7050 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      At a conference held on September 11, 2020, the Court stayed this matter pending the resolution of a petition to compel arbitration (the "Petition") filed in a related case, *Charter Communications, Inc.* v. *Garfin*, No. 20 Civ. 7049 (KPF). (Minute Entry for September 11, 2020). In an Opinion and Order issued today, February 23, 2021, the Court granted the Petition. (No. 20 Civ. 7049, Dkt. #30). For the reasons set forth in the Court's Opinion and Order, this action remains STAYED pending further order of the Court.

      SO ORDERED.

Dated:   February 23, 2021
               New York, New York

                                                 KATHERINE POLK FAILLA
                                               United States District Judge